**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN TAPIA-QUINTERO,

Defendant - Appellant.

No. 08-10519

D.C. No. 2:07-CR-00261-FJM

MEMORANDUM [*]

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Juan Tapia-Quintero appeals from his guilty-plea conviction and aggregate

230-month sentence for conspiracy to possess with intent to distribute 500 grams

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EF/Research

or more of methamphetamine and five kilograms or more of cocaine, in violation of 21 U.S.C. § 846, conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and possession or use of a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Tapia-Quintero's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.